# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**MELYSSA ANNE MEFFORD,**
       **Plaintiff,**

          **v.**                              **Case Number 2:24-cv-1374**
                                        **Judge Edmund A. Sargus, Jr.**
**INSTANT BRANDS LLC,** *et al.***,**          **Magistrate Judge S. Courter M. Shimeall**
       **Defendants.**

## <u>ORDER</u>

This matter is before the Court on Plaintiff Melyssa Anne Mefford's Motion to Lift Stay. (ECF No. 24.) In March 2024, Plaintiff filed this lawsuit and provided "notice of an immediate stay of this action" due to a related bankruptcy matter in the United States Bankruptcy Court for the Southern District of Texas. (ECF Nos. 1, 3.) The Court stayed this case while the bankruptcy proceedings were ongoing. (ECF Nos. 16, 18, 23.) Plaintiff now moves to lift the stay.

Plaintiff's Motion and attachment explain that counsel overseeing the bankruptcy proceedings submitted a stipulation to the Bankruptcy Court proposing that the stay imposed by the bankruptcy proceedings terminate after July 8, 2026. (ECF Nos. 24, 24-1.) That stipulation was signed by the Bankruptcy Court on June 1, 2026. (ECF Nos. 24, 24-1.)

Plaintiff's counsel represent to this Court that they coordinated with Defendants' national defense counsel and there are no objections to the stay being lifted effective July 9, 2026. (ECF No. 24.) For good cause shown, the Court **GRANTS** (ECF No. 24) Plaintiff Melyssa Anne Mefford's Motion to Lift Stay. The Court **LIFTS** the stay and returns this matter to active status. Proceedings against Defendants shall resume.

   **IT IS SO ORDERED.**

**7/15/2026**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**